UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT SULLIVAN,<br><br>Defendant. | Case No. 2:20-cr-00299-GMN-EJY<br><br>**ORDER** |

Before the Court is the Government's Motion for Leave to File Under Seal (ECF No. 83). Good cause appearing,

Accordingly, IT IS HEREBY ORDERED that the Government's Motion for Leave to File Under Seal (ECF No. 83) is GRANTED.

IT IS FURTHER ORDERED that the Unopposed Motion to Modify Conditions of Pretrial Release (ECF No. 84) is and shall remain sealed.

Dated this 15th day of September, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE