**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | Case No.: 2:20-cr-00299-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | |
| VINCENT SULLIVAN, | Stipulation and Order to Continue Sentencing |
| Defendant. | (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and KIMBERLY ANNE SOKOLICH, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant VINCENT SULLIVAN, that the Sentencing and Disposition currently scheduled for November 15, 2022 at 10:00 a.m. be continued to a date convenient for the Court, between January 3, 2023 and January 13, 2023 (excluding January 10, 2023).

This stipulation is entered into for the following reasons:

1. This is the second Sentencing and Disposition continuance request.

2. There is a conflict with the date currently set for Sentencing and Disposition and the suggested dates are viable dates for the parties to proceed with the same.

3. The parties agree to the continuance.

4. The defendant is not in custody, and does not object to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

DATED this 19th day of October, 2022.

Respectfully submitted,

| HOFLAND & TOMSHECK | JASON M. FRIERSON |
| --- | --- |
| | United States Attorney |
| */s/ Joshua Tomsheck* | */s/ Kimberly Anne Sokolich* |
| JOSHUA TOMSHECK, ESQ. | KIMBERLY ANNE SOKOLICH, ESQ. |
| Counsel for Defendant | Assistant United States Attorney |
| VINCENT SULLIVAN | |

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00299-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| VINCENT SULLIVAN, | (First Request) |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the second Sentencing and Disposition continuance request.

2. There is a conflict with the date currently set for Sentencing and Disposition and the suggested dates are viable dates for the parties to proceed with the same.

3. The parties agree to the continuance.

4. The defendant is not in custody, and does not object to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

## ORDER

IT IS HEREBY ORDERED, that Sentencing and Disposition currently scheduled for November 15, 2022 at 10:00 a.m. be continued to  4th  day of  January , 2023 at  11:00  A.M.

DATED  19  day of  October , 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910