**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | Case No.: 2:20-cr-00299-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| VINCENT SULLIVAN, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and KIMBERLY ANNE SOKOLICH, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant VINCENT SULLIVAN, that the Sentencing and Disposition currently scheduled for January 4, 2023 at 11:00 a.m. be continued for a period of three (3) weeks to a date convenient for the Court.

This stipulation is entered into for the following reasons:

1. This is the third Sentencing and Disposition continuance request.

2. Counsel for the Defendant has a conflict for the date currently set for Sentencing and Disposition.

3. The parties agree to the continuance.

4. The defendant is not in custody, and does not object to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

DATED this 29th day of December, 2022.

Respectfully submitted,

| HOFLAND & TOMSHECK | JASON M. FRIERSON |
| --- | --- |
| | United States Attorney |
| */s/ Joshua Tomsheck* | */s/ Kimberly Anne Sokolich* |
| JOSHUA TOMSHECK, ESQ. | KIMBERLY ANNE SOKOLICH, ESQ. |
| Counsel for Defendant | Assistant United States Attorney |
| VINCENT SULLIVAN | |

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00299-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| VINCENT SULLIVAN, | (Third Request) |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the third Sentencing and Disposition continuance request.

2. Counsel for the Defendant has a conflict for the date currently set for Sentencing and Disposition.

3. The parties agree to the continuance.

4. The defendant is not in custody, and does not object to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

## ORDER

IT IS HEREBY ORDERED, that Sentencing and Disposition currently scheduled for January 4, 2023 at 11:00 a.m. be continued to  1st  day of  February , 2023 at 10:00 A.M.

DATED  3  day of  January , 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910