**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | Case No.: 2:20-cr-00299-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| VINCENT SULLIVAN, | (Fifth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and KIMBERLY ANNE SOKOLICH, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant VINCENT SULLIVAN, that the Sentencing and Disposition currently scheduled for February 22, 2023 at 11:00 a.m. be continued for a period of one (1) week to a date convenient for the Court.

This stipulation is entered into for the following reasons:

1. This is the fifth Sentencing and Disposition continuance request.

2. The defendant has a medical issue that makes the current setting not viable. The Defendant tested positive for COVID-19 about three weeks ago. About a week after the positive result, the Defendant's symptoms became severe. The Defendant developed an infection in his lungs and is currently on medication including

antibiotics for the infection. While "it is in remission" it is expected that he should return to full health. On February 20, 2023, Defendant still tested positive for COVID-19.

3. The parties agree to the continuance.

4. The defendant is not in custody and does not object to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

DATED this 22nd day of February, 2023.

Respectfully submitted,

| | |
|---|---|
| HOFLAND & TOMSHECK | JASON M. FRIERSON |
| | United States Attorney |
| | |
| */s/ Joshua Tomsheck* | */s/ Kimberly Anne Sokolich* |
| JOSHUA TOMSHECK, ESQ. | KIMBERLY ANNE SOKOLICH, ESQ. |
| Counsel for Defendant | Assistant United States Attorney |
| VINCENT SULLIVAN | |

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT SULLIVAN,<br><br>Defendant. | Case No.: 2:20-cr-00299-GMN-EJY<br><br>Stipulation and Order to Continue Sentencing<br>(Fifth Request) |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the fifth Sentencing and Disposition continuance request.

2. The defendant has a medical issue that makes the current setting not viable. The Defendant tested positive for COVID-19 about three weeks ago. About a week after the positive result, the Defendant's symptoms became severe. The Defendant developed an infection in his lungs and is currently on medication including antibiotics for the infection. While "it is in remission" it is expected that he should return to full health. On February 20, 2023, Defendant still tested positive for COVID-19.

3. The parties agree to the continuance.

4. The defendant is not in custody and does not object to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

ORDER

IT IS HEREBY ORDERED, that Sentencing and Disposition currently scheduled for February 22, 2023 at 11:00 a.m. be continued to  7th  day of  March , 2023 at  11:00  A.M.

DATED  22  day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant